# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-867
Lower Tribunal No. 14-8087 SP

————————————

**Mark J. Feldman and Mark J. Feldman, P.A.,**
Appellants,

vs.

**MGA Insurance Company, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Melendez, Judge.

Mark J. Feldman, P.A., and Mark J. Feldman, for appellants.

Conroy Simberg, and Diane H. Tutt, B.C.S. (Hollywood), for appellee.

Before HENDON, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.